IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 12-650-SLR |
| ) | |
| HENKEL CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| COT'N WASH, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 12-651-SLR |
| ) | |
| THE SUN PRODUCTS ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 1st day of August, 2012, having been assigned the above captioned related cases;

IT IS ORDERED that, on or before **August 15, 2012**, counsel for plaintiffs shall inform the court as to whether the need for coordinated discovery and/or *Markman* proceedings is anticipated as to the above cases and, if so, when a joint scheduling conference might most efficiently be conducted.

_____
United States District Judge