IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC., et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>) Civ. No. 12-650-SLR<br>HENKEL CORPORATION, et al., )<br>)<br>Defendants. )<br>――――――――――――――――――)<br>)<br>COT'N WASH, INC., et al. )<br>)<br>Plaintiffs, )<br>) Civ. No. 12-651-SLR<br>THE SUN PRODUCTS CORPORATION )<br>)<br>Defendant. )<br>)<br>) | |

**RESPONSE TO AUGUST 1, 2012 ORDER REGARDING COORDINATED
DISCOVERY, MARKMAN PROCEEDINGS, AND
<u>JOINT SCHEDULING CONFERENCE</u>**

Plaintiffs have conferred with Defendants in the above captioned cases regarding the Court's August 1, 2012 Order and submit this response on behalf of all parties.

All parties agree that *Markman* proceedings should be coordinated between the cases.

All parties further agree that at least some discovery in the cases should be coordinated to the extent practical, with the specifics to be determined later. The parties have only had preliminary discussions, but presently disagree over the extent of coordination. The parties hope to resolve these issues as the case evolves and request that they be discussed at the Joint Scheduling Conference.

With respect to the timing of that Joint Conference, with some exceptions, counsel for all parties are generally available in September and October for a Joint Scheduling Conference at the Court's convenience. For the Court's convenience, the parties note that they are all available September 17th through September 20th (with September 17th and 20th being most preferable), and October 2nd through October 4th to conduct a Joint Scheduling Conference.

|  |  |
|---|---|
|  | ROSENTHAL, MONHAIT & GODDESS, P.A. |
|  | */s/ P. Bradford deLeeuw* |
|  | Jessica Zeldin (Del. Bar No. 3558) |
|  | P. Bradford deLeeuw (Del. Bar No. 3569) |
|  | 919 Market Street, Suite 1401 |
| OF COUNSEL: | Wilmington, DE  19801 |
|  | (302) 656-4433 |
| KESSLER, TOPAZ, MELTZER CHECK LLP | jzeldin@rmgglaw.com |
| Michael J. Bonella | bdeleeuw@rmgglaw.com |
| Paul B. Milcetic | *Attorneys for Plaintiffs* |
| Tod A. Kupstas |  |
| Jenna Pellecchia |  |
| 280 King of Prussia Road |  |
| Radnor, PA 19087 |  |
| (610) 667-7706 |  |
| mbonella@ktmc.com |  |
| pmilcetic@ktmc.com |  |
| jpellecchia@ktmc.com |  |
| tkupstas@ktmc.com |  |

August 14, 2012