IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and <br><br> BIG 3 PACKAGING, LLC <br><br> Plaintiffs, <br><br> v. <br><br> THE SUN PRODUCTS CORPORATION <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:12-cv-00651-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 26, 2012, I served PLAINTIFFS' COT'N WASH, INC. AND BIG 3 PACKAGING, LLC INITIAL DISCLOSURES upon the following counsel of record in the manner indicated:

### VIA E-MAIL

Jack B. Blumenfeld, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that on September 26, 2012, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filings to all registered participants.

ROSENTHAL, MONHAIT & GODDESS, P.A.

Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com
 *Attorneys for Plaintiffs*
 *Cot'n Wash Inc. & Big 3 Packaging, LLC*

OF COUNSEL:

Michael J. Bonella
Paul B. Milcetic
Jenna Pellecchia
Tod A. Kupstas
KESSLER, TOPAZ, MELTZER
& CHECK LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706
mbonella@ktmc.com
pmilcetic@ktmc.com
jpellecchia@ktmc.com
tkupstas@ktmc.com

September 26, 2012

2