IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. & <br><br> BIG 3 PACKAGING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE SUN PRODUCTS CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:12-CV-00651-SLR <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 9, 2012, I served the document listed below via electronic mail directed to all counsel for defendant:

PLAINTIFFS COT'N WASH, INC. AND BIG 3 PACKAGING, LLC'S OBJECTIONS AND RESPONSES TO DEFENDANT THE SUN PRODUCTS CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-41)

PLEASE TAKE FURTHER NOTICE that on October 9, 2012, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to all registered participant(s).

ROSENTHAL, MONHAIT & GODDESS, P.A.

_____
Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com
*Attorneys for Plaintiffs*
*Cot'n Wash Inc. & Big 3 Packaging, LLC*

- 2 -

OF COUNSEL:

Michael J. Bonella
Paul B. Milcetic
Jenna Pellecchia
Tod A. Kupstas
KESSLER, TOPAZ, MELTZER
& CHECK LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706
mbonella@ktmc.com
pmilcetic@ktmc.com
jpellecchia@ktmc.com
tkupstas@ktmc.com

October 9, 2012