## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and BIG 3 PACKAGING, LLC </br></br> Plaintiffs, </br></br> v. </br></br> THE SUN PRODUCTS CORPORATION </br></br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 1:12-cv-00651-SLR ) ) JURY TRIAL DEMANDED ) ) ) ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 17, 2012, I served COT'N WASH, INC. & BIG 3 PACKAGING, LLC DISCLOSURES PURSUANT TO ¶3 OF THE COURT'S DEFAULT STANDARD ORDER FOR DISCOVERY upon the following counsel of record in the manner indicated:

### VIA E-MAIL

Jack B. Blumenfeld, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that on October 17, 2012, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filings to all registered participants.

ROSENTHAL, MONHAIT & GODDESS, P.A.

Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com
*Attorneys for Plaintiffs*
*Cot'n Wash Inc. & Big 3 Packaging, LLC*

OF COUNSEL:

Michael J. Bonella
Paul B. Milcetic
Jenna Pellecchia
Tod A. Kupstas
KESSLER, TOPAZ, MELTZER
& CHECK LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706
mbonella@ktmc.com
pmilcetic@ktmc.com
jpellecchia@ktmc.com
tkupstas@ktmc.com

October 17, 2012