IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and<br><br>BIG 3 PACKAGING, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>THE SUN PRODUCTS CORPORATION<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:12-cv-00651-SLR<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 23, 2012, I served (1) PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO THE SUN PRODUCTS CORPORATION upon the following counsel of record in the manner indicated:

### VIA E-MAIL

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street, 18th Floor
Wilmington, DE  19801

PLEASE TAKE FURTHER NOTICE that on October 23, 2012, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filings to all registered participants.

ROSENTHAL, MONHAIT & GODDESS, P.A.

_____
Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com
*Attorneys for Plaintiffs*
*Cot'n Wash Inc. & Big 3 Packaging, LLC*

OF COUNSEL:

Michael J. Bonella
Paul B. Milcetic
Jenna Pellecchia
Tod A. Kupstas
KESSLER, TOPAZ, MELTZER
& CHECK LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706
mbonella@ktmc.com
pmilcetic@ktmc.com
jpellecchia@ktmc.com
tkupstas@ktmc.com

October 23, 2012