IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and<br>BIG 3 PACKAGING, LLC<br><br>      Plaintiff,<br><br>v.<br><br>THE SUN PRODUCTS<br>CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:12-cv-00651-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that a true and correct copy of Cot'n Wash and Big 3 Packaging LLC's Claim Charts pursuant to paragraph 4(b) of the Default Standard for Discovery were served on December 17, 2012 upon the following parties via electronic mail to the following:

      Jack B. Blumenfeld, Esquire
      MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
      1201 N. Market Street, 18th Floor
      Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that on December 18, 2012, I electronically filed this NOTICE OF SERVICE with the Clerk of Court using CM/ECF, which will send notification of such filings to all registered participants.

      ROSENTHAL, MONHAIT & GODDESS, P.A.

      _____
      Jessica Zeldin (Del. Bar No. 3558)
      919 Market Street, Suite 1401
      P.O. Box 1070
      Wilmington, DE 19899-1070
      (302) 656-4433
      jzeldin@rmgglaw.com
          *Attorneys for Plaintiffs Cot'n Wash Inc.*
          *and Big 3 Packaging, LLC*

OF COUNSEL:

Michael J. Bonella
Paul B. Milcetic
Jenna A. Pellecchia
Tod A. Kupstas
KESSLER, TOPAZ
MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706
mbonella@ktmc.com
pmilcetic@ktmc.com
jpellecchia@ktmc.com
tkupstas@ktmc.com

December 18, 2012