IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and BIG 3 PACKAGING, LLC | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE SUN PRODUCTS CORPORATION | ) ) ) |
| Defendant. | ) ) ) |

C.A. NO.:  1:12-cv-00651-SLR

JURY TRIAL DEMANDED

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that the undersigned hereby certifies that a true and correct copy

of Plaintiffs' Fourth Set of Requests for Production of Documents and Things No. 55 was served

on December 19, 2012 upon the following parties via electronic mail:

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

ROSENTHAL. MONHAIT & GODDESS, P.A.

/s/ *Jessica Zeldin*
Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com
    *Attorneys for Plaintiffs Cot'n Wash Inc. and Big 3 Packaging LLC*

OF COUNSEL:

KESSLER TOPAZ MELTZER & CHECK, LLP
Paul B. Milcetic
Michael J. Bonella
Tod A. Kupstas
Jenna Pellecchia
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
pmilcetic@ktmc.com
mbonella@ktmc.com
tkupstas@ktmc.com
jpellecchia@ktmc.com

December 19, 2012