IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and BIG 3 PACKAGING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE SUN PRODUCTS CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 12-651 (SLR) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *The Sun Products Corporation's Responses and Objections to Plaintiffs' Subpoena for Documents of Craig Slavtcheff* were caused to be served on December 20, 2012 upon the following in the manner indicated:

Jessica Zeldin, Esquire                                   *VIA ELECTRONIC MAIL*
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801

Michael J. Bonella, Esquire                               *VIA ELECTRONIC MAIL*
Paul B. Milcetic, Esquire
Jenna Pellecchia, Esquire
KESSLER, TOPAZ, MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA  19807

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Errol B. Taylor
Fredrick M. Zullow
Anna Brook
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

December 20, 2012
5954477.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 20, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Jessica Zeldin, Esquire<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Michael J. Bonella, Esquire<br>Paul B. Milcetic, Esquire<br>Jenna Pellecchia, Esquire<br>KESSLER, TOPAZ, MELTZER & CHECK LLP<br>280 King of Prussia Road<br>Radnor, PA 19807 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)