IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and BIG 3 PACKAGING, LLC <br><br> Plaintiffs, <br><br> v. <br><br> THE SUN PRODUCTS CORPORATION <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. NO.: 1:12-cv-00651-SLR <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that a true and correct copy of Cot'n Wash and Big 3 Packaging LLC's Amended and Supplemental Claim Charts pursuant to paragraph 4(b) of the Default Standard for Discovery were served on December 21, 2012 upon the following parties via electronic mail to the following:

> Jack B. Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell, LLP
> 1201 N. Market Street, 18th Floor
> Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that on December 21, 2012, I electronically filed this NOTICE OF SERVICE with the Clerk of Court using CM/ECF, which will send notification of such filings to all registered participants.

ROSENTHAL, MONHAIT & GODDESS, P.A.

Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
PO Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com
*Attorneys for Plaintiffs Cot'n Wash Inc. & Big 3 Packaging, LLC*

OF COUNSEL:

KESSLER TOPAZ MELTZER & CHECK, LLP
Paul B. Milcetic
Michael J. Bonella
Tod A. Kupstas
Jenna Pellecchia
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
pmilcetic@ktmc.com
mbonella@ktmc.com
tkupstas@ktmc.com
jpellecchia@ktmc.com

December 21, 2012