IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and BIG 3 PACKAGING, LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>THE SUN PRODUCTS CORPORATION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 12-651 (SLR)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *The Sun Products Corporation's Responses to Plaintiffs' Fourth Set of Requests for Production of Documents and Things* were caused to be served on January 22, 2013 upon the following in the manner indicated:

Jessica Zeldin, Esquire                                                                          *VIA ELECTRONIC MAIL*
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Michael J. Bonella, Esquire                                                     *VIA ELECTRONIC MAIL*
Paul B. Milcetic, Esquire
Jenna Pellecchia, Esquire
Tod A. Kupstas, Esquire
KESSLER, TOPAZ, MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19807

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            */s/ Jack B. Blumenfeld*
                            _____
                            Jack B. Blumenfeld (#1014)
                            Regina S.E. Murphy (#5648)
                            1201 North Market Street
                            P.O. Box 1347
                            Wilmington, DE  19899
                            (302) 658-9200
                            jblumenfeld@mnat.com
                            rmurphy@mnat.com

                            *Attorneys for Defendant*

OF COUNSEL:

Errol B. Taylor
Fredrick M. Zullow
Anna Brook
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005
(212) 530-5000

January 22, 2013
5954477.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 22, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Jessica Zeldin, Esquire<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Michael J. Bonella, Esquire<br>Paul B. Milcetic, Esquire<br>Jenna Pellecchia, Esquire<br>Tod A. Kupstas, Esquire<br>KESSLER, TOPAZ, MELTZER & CHECK LLP<br>280 King of Prussia Road<br>Radnor, PA 19807 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)