IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and BIG 3 PACKAGING, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 12-651 (SLR) ) |
| THE SUN PRODUCTS CORPORATION, | ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant's Second Set of Requests for Documents and Things to Plaintiffs* were caused to be served on January 22, 2013 upon the following in the manner indicated:

Jessica Zeldin, Esquire  *VIA HAND DELIVERY AND*
ROSENTHAL, MONHAIT & GODDESS, P.A.  *ELECTRONIC MAIL*
919 Market Street, Suite 1401
Wilmington, DE  19801

Michael J. Bonella, Esquire  *VIA ELECTRONIC MAIL*
Paul B. Milcetic, Esquire
Jenna Pellecchia, Esquire
Tod A. Kupstas, Esquire
KESSLER, TOPAZ, MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA  19807

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Jack B. Blumenfeld*

                              Jack B. Blumenfeld (#1014)
                              Regina S.E. Murphy (#5648)
                              1201 North Market Street
                              P.O. Box 1347
                              Wilmington, DE  19899
                              (302) 658-9200
                              jblumenfeld@mnat.com
                              rmurphy@mnat.com

OF COUNSEL:                    *Attorneys for Defendant*

Errol B. Taylor
Fredrick M. Zullow
Anna Brook
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005
(212) 530-5000

January 22, 2013
5954477.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 22, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Jessica Zeldin, Esquire<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Michael J. Bonella, Esquire<br>Paul B. Milcetic, Esquire<br>Jenna Pellecchia, Esquire<br>Tod A. Kupstas, Esquire<br>KESSLER, TOPAZ, MELTZER & CHECK LLP<br>280 King of Prussia Road<br>Radnor, PA  19807 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)