IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COT'N WASH, INC. and <br> BIG 3 PACKAGING, LLC | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 1:12-cv-00651-SLR |
| THE SUN PRODUCTS <br> CORPORATION, | ) <br> ) <br> ) <br> ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned herby certifies that a true and correct copy of Cot'n Wash and Big 3 Packaging LLC's Responses and Objections to Defendant's Second Set of Requests For Production of Documents and Things Numbers 42-56 upon the following counsel of record in the manner indicated:

### VIA *E*MAIL

    Jack B. Blumenfeld, Esquire
    MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
    1201 N. Market Street, 18th Floor
    Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that on February 21, 2013, I electronically filed this NOTICE OF SERVICE with the Clerk of Court using CM/ECF, which will send notification of such filings to all registered participants.

        ROSENTHAL, MONHAIT & GODDESS, P.A.

        */s/ Jessica Zeldin*
        Jessica Zeldin (Del. Bar No. 3558)
        919 Market Street, Suite 1401
        Wilmington, DE 19899-1070
        (302) 656-4433
        jzeldin@rmgglaw.com
            *Attorneys for Plaintiffs Cot'n Wash Inc.*
            *and Big 3 Packaging, LLC*

OF COUNSEL:

Michael J. Bonella
Paul B. Milcetic
Jenna A. Pellecchia
Tod A. Kupstas
KESSLER, TOPAZ
MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706
mbonella@ktmc.com
pmilcetic@ktmc.com
jpellecchia@ktmc.com
tkupstas@ktmc.com

February 21, 2013