**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COT'N WASH, INC. and<br>BIG 3 PACKAGING, LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>HENKEL CORPORATION,<br>THE DIAL CORPORATION and<br>HENKEL CONSUMER GOODS INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 12-650 (SLR) |
| COT'N WASH, INC. and<br>BIG 3 PACKAGING, LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>THE SUN PRODUCTS<br>CORPORATION<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 12-651 (SLR) |

**STIPULATION AND ORDER TO EXTEND TIME
FOR DOCUMENT PRODUCTION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the time for all parties to complete the production of paper and electronic documents pursuant to paragraph 2(c)(4) of the September 21, 2012 Scheduling Order (D.I. 22 in C.A. No. 12-650-SLR) is extended through and including April 19, 2013.

#534105

ROSENTHAL, MONHAIT & GODDESS, P.A.

BY: /s/ *Jessica Zeldin*
Jessica Zeldin (DE Bar # 3558)
919 Market Street
Wilmington, Delaware 19801
Telephone: (302) 656-4433
Facsimile: (302) 656-7567
jzeldin@rmgglaw.com

*Attorneys for Plaintiffs/Counterclaim Defendants Cot'n Wash, Inc. and Big 3 Packaging, LLC*

OF COUNSEL:

Michael J. Bonella
Paul B. Milcetic
Tod Kupstas
Jenna Pellecchia
KESSLER TOPAZ MELTZER
 & CHECK LLP
280 King of Prussia Road
Radnor, Pennsylvania 19807
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

PRICKETT, JONES & ELLIOTT, P.A.

BY: /s/ *J. Clayton Athey*
J. Clayton Athey (DE Bar # 4378)
Laina M. Herbert (DE Bar # 4717)
1310 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 888-6500
Facsimile: (302) 658-8111
jcathey@prickett.com
lmherbert@prickett.com

*Attorneys for Defendants/Counterclaimants Henkel Corporation, The Dial Corporation and Henkel Consumer Goods Inc.*

OF COUNSEL:

Christopher T. Holland
Kenneth E. Keller
Michael D. Lisi
Sharon A. Lai
KRIEG, KELLER, SLOAN, ROMAN
& HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

BY: /s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (DE Bar # 1014)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 425-3012
jblumenfeld@mnat.com
*Attorneys for Defendant The Sun Products Corporation*

OF COUNSEL:

Errol B. Taylor
Fredrick M. Zullow
Anna Brook
MILBANK, TWEED, HADLEY &
MCCOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

IT IS SO ORDERED this ___, day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE