IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COT'N WASH, INC.   and<br>BIG 3 PACKAGING, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:12-cv-00651-SLR |
| | ) | |
| THE SUN PRODUCTS<br>CORPORATION, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned herby certifies that a true and correct copy of Plaintiff Cot'n Wash, Inc. and Big 3 Packaging LLC's Objections and Responses to Defendant The Sun Products Corporation's Third Set of Requests For Production of Documents and Things (Nos. 57-64) upon the following counsel of record in the manner indicated:

### VIA EMAIL

Jack B. Blumenfeld, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that on April 5, 2013, I electronically filed this NOTICE OF SERVICE with the Clerk of Court using CM/ECF, which will send notification of such filings to all registered participants.

ROSENTHAL, MONHAIT & GODDESS, P.A.

Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com
*Attorneys for Plaintiffs Cot'n Wash Inc.*
*and Big 3 Packaging, LLC*

OF COUNSEL:

Michael J. Bonella
Paul B. Milcetic
Jenna A. Pellecchia
Tod A. Kupstas
KESSLER, TOPAZ
MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706
mbonella@ktmc.com
pmilcetic@ktmc.com
jpellecchia@ktmc.com
tkupstas@ktmc.com

April 5, 2014