IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and BIG 3 PACKAGING, LLC,           ) ) ) | |
| Plaintiffs,                                                                    ) ) | |
| v.                                                                                  ) ) | C.A. No. 12-651 (SLR) |
| THE SUN PRODUCTS CORPORATION,   ) ) | |
| Defendant.                                                                 ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant's Fifth Set of Requests for Documents and Things to Plaintiffs (Request No. 68)* were caused to be served on April 15, 2013 upon the following in the manner indicated:

Jessica Zeldin, Esquire                                                                                *VIA HAND DELIVERY*
ROSENTHAL, MONHAIT & GODDESS, P.A.                                              *and ELECTRONIC MAIL*
919 Market Street, Suite 1401
Wilmington, DE  19801

Michael J. Bonella, Esquire                                                                        *VIA ELECTRONIC MAIL*
Paul B. Milcetic, Esquire
Jenna Pellecchia, Esquire
Tod A. Kupstas, Esquire
KESSLER, TOPAZ, MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA  19807

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Regina S.E. Murphy* |
|  | Jack B. Blumenfeld (#1014)<br>Regina S.E. Murphy (#5648)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rmurphy@mnat.com |
| OF COUNSEL: | *Attorneys for Defendant* |

Errol B. Taylor
Fredrick M. Zullow
Anna Brook
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005
(212) 530-5000

April 15, 2013
5954477.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 15, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Jessica Zeldin, Esquire<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE  19801 | *VIA HAND DELIVERY*<br>*and ELECTRONIC MAIL* |
| Michael J. Bonella, Esquire<br>Paul B. Milcetic, Esquire<br>Jenna Pellecchia, Esquire<br>Tod A. Kupstas, Esquire<br>KESSLER, TOPAZ, MELTZER & CHECK LLP<br>280 King of Prussia Road<br>Radnor, PA  19807 | *VIA ELECTRONIC MAIL* |

*/s/ Regina S.E. Murphy*

Regina S.E. Murphy (#5648)