**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COT'N WASH, INC. and<br>BIG 3 PACKAGING, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | C.A. No. 12-650 (SLR) |
| | ) | |
| HENKEL CORPORATION,<br>THE DIAL CORPORATION and<br>HENKEL CONSUMER GOODS INC., | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |
| COT'N WASH, INC. and<br>BIG 3 PACKAGING, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | C.A. No. 12-651 (SLR) |
| | ) | |
| THE SUN PRODUCTS<br>CORPORATION | )<br>)<br>) | |
| Defendant. | )<br>) | |

**SECOND STIPULATION AND ORDER TO
EXTEND TIME FOR DOCUMENT PRODUCTION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the time for all parties to complete the production of paper and electronic documents pursuant to paragraph 2(c)(4) of the September 21, 2012 Scheduling Order (D.I. 22 in C.A. No. 12-650-SLR) is extended through and including May 15, 2013. The parties further stipulate and agree that the time for all parties to complete the production of paper and electronic documents will not be extended beyond May 15, 2013, except

#536898

that the parties recognize that they may have to supplement their productions as the case proceeds and issues arise or, despite the parties' good-faith, some documents are later discovered. The parties also understand that this deadline does not apply to third-party productions.

| ROSENTHAL, MONHAIT & GODDESS, P.A. | PRICKETT, JONES & ELLIOTT, P.A. |
|---|---|
| BY: _/s/   Jessica Zeldin_<br>Jessica Zeldin (DE Bar # 3558)<br>919 Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 656-4433<br>Facsimile: (302) 656-7567<br>jzeldin@rmgglaw.com<br><br>*Attorneys for Plaintiffs/Counterclaim Defendants Cot'n Wash, Inc. and Big 3 Packaging, LLC*<br><br>OF COUNSEL:<br><br>Michael J. Bonella<br>Paul B. Milcetic<br>Tod Kupstas<br>Jenna Pellecchia<br>KESSLER TOPAZ MELTZER<br>   & CHECK LLP<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19807<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056 | BY: _/s/   J. Clayton Athey_<br>J. Clayton Athey (DE Bar # 4378)<br>Laina M. Herbert (DE Bar # 4717)<br>1310 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 888-6500<br>Facsimile: (302) 658-8111<br>jcathey@prickett.com<br>lmherbert@prickett.com<br><br>*Attorneys for Defendants/Counterclaimants Henkel Corporation, The Dial Corporation and Henkel Consumer Goods Inc.*<br><br>OF COUNSEL:<br><br>Christopher T. Holland<br>Kenneth E. Keller<br>Michael D. Lisi<br>Sharon A. Lai<br>KRIEG, KELLER, SLOAN, ROMAN<br>   & HOLLAND LLP<br>555 Montgomery Street, 17th Floor<br>San Francisco, California  94111<br>Telephone: (415) 249-8330<br>Facsimile: (415) 249-8333 |

        MORRIS, NICHOLS, ARSHT & TUNELL LLP

        BY:   /s/     *Jack B. Blumenfeld*
            Jack B. Blumenfeld (DE Bar # 1014)
            1201 North Market Street
            P.O. Box 1347
            Wilmington, Delaware 19899
            Telephone: (302) 658-9200
            Facsimile: (302) 425-3012
            jblumenfeld@mnat.com
            *Attorneys for Defendant The Sun Products Corporation*

OF COUNSEL:

Errol B. Taylor
Fredrick M. Zullow
Anna Brook
MILBANK, TWEED, HADLEY &
MCCOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

IT IS SO ORDERED this ___, day of April, 2013.

        _____
        UNITED STATES DISTRICT JUDGE

#534105         3