IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and<br>BIG 3 PACKAGING, LLC<br><br>    Plaintiff,<br><br>v.<br><br>THE SUN PRODUCTS<br>CORPORATION<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:12-cv-00651-SLR<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned herby certifies that a true and correct copy of Cot'n Wash and Big 3 Packaging LLC's Responses and Objections to Defendant's Fourth Set of Requests For Production of Documents and Things (Nos. 65-67) upon the following counsel of record in the manner indicated:

### VIA EMAIL

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that on April 29, 2013, I electronically filed this NOTICE OF SERVICE with the Clerk of Court using CM/ECF, which will send notification of such filings to all registered participants.

ROSENTHAL, MONHAIT & GODDESS, P.A.

_____
Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com
*Attorneys for Plaintiffs Cot'n Wash Inc.*
*& Big 3 Packaging, LLC*

OF COUNSEL:

KESSLER TOPAZ MELTZER & CHECK, LLP
Paul B. Milcetic
Michael J. Bonella
Tod A. Kupstas
Jenna Pellecchia
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
pmilcetic@ktmc.com
mbonella@ktmc.com
tkupstas@ktmc.com
jpellecchia@ktmc.com

April 29, 2013