IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and<br>BIG 3 PACKAGING, LLC )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE SUN PRODUCTS )<br>CORPORATION )<br>)<br>Defendant ) | Civil Action No. 1:12-cv-00651-SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned herby certifies that a true and correct copy of Plaintiffs Cot'n Wash, Inc. and Big 3 Packaging, LLC's Objections and Responses to Defendant The Sun Products Corporation's Fifth Set of Requests For Production of Documents and Things (No. 68) upon the following counsel of record in the manner indicated:

> Jack B. Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell, LLP
> 1201 N. Market Street, 18th Floor
> Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that on May 15, 2013, I electronically filed this NOTICE OF SERVICE with the Clerk of Court using CM/ECF, which will send notification of such filings to all registered participants.

> ROSENTHAL, MONHAIT & GODDESS, P.A.
>
> _____
> Jessica Zeldin (Del. Bar No. 3558)
> 919 Market Street, Suite 1401
> Wilmington, DE 19899-1070
> (302) 656-4433
> jzeldin@rmgglaw.com
> *Attorneys for Plaintiffs Cot'n Wash Inc.*
> *& Big 3 Packaging, LLC*

OF COUNSEL:

KESSLER TOPAZ MELTZER & CHECK, LLP
Paul B. Milcetic
Michael J. Bonella
Tod A. Kupstas
Jenna Pellecchia
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
pmilcetic@ktmc.com
mbonella@ktmc.com
tkupstas@ktmc.com
jpellecchia@ktmc.com

May 15, 2013