## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and | ) |
| | ) |
| BIG 3 PACKAGING, LLC | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:12-cv-00651-SLR |
| | ) |
| THE SUN PRODUCTS CORPORATION | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 13, 2013, plaintiffs served their proposed claims for construction upon the following counsel of record in the manner indicated:

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

**VIA E-MAIL**

Frederick M. Zullow, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

PLEASE TAKE FURTHER NOTICE that on June 14, 2013, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filings to all registered participants.

ROSENTHAL, MONHAIT & GODDESS, P.A.

Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com
  *Attorneys for Plaintiffs*
  *Cot'n Wash Inc. & Big 3 Packaging, LLC*

OF COUNSEL:

Michael J. Bonella
Paul B. Milcetic
Jenna Pellecchia
Tod A. Kupstas
KESSLER, TOPAZ, MELTZER
& CHECK LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706
mbonella@ktmc.com
pmilcetic@ktmc.com
jpellecchia@ktmc.com
tkupstas@ktmc.com

June 14, 2013