IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

COT'N WASH, INC.   and )
BIG 3 PACKAGING, LLC )
)
          Plaintiffs, )
)
      v. )    Civil Action No. 1:12-cv-00651-SLR
)
THE SUN PRODUCTS )    JURY TRIAL DEMANDED
CORPORATION )
)
          Defendant. )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 14, 2013, I served PLAINTIFFS'

FIRST SET OF REQUESTS FOR ADMISSION TO THE SUN PRODUCTS CORPORATION

upon the following counsel of record in the manner indicated:

### VIA E-MAIL

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that on August 14, 2013, I electronically filed this

NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification

of such filings to all registered participants.

ROSENTHAL, MONHAIT & GODDESS, P.A.

Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com
*Attorneys for Plaintiffs*
*Cot'n Wash Inc. & Big 3 Packaging, LLC*

OF COUNSEL:

Michael J. Bonella
Paul B. Milcetic
Jenna Pellecchia
Tod A. Kupstas
KESSLER, TOPAZ, MELTZER
& CHECK LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706
mbonella@ktmc.com
pmilcetic@ktmc.com
jpellecchia@ktmc.com
tkupstas@ktmc.com

August 14, 2013