IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COT'N WASH, INC. and<br>BIG 3 PACKAGING, LLC | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | C.A. No. 1:12-cv-00651-SLR |
| THE SUN PRODUCTS<br>CORPORATION, | )<br>)<br>) | **JURY TRIAL DEMANDED** |
| Defendants. | )<br>) | |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that, pursuant to Rule 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs Cot'n Wash, Inc. and Big 3 Packaging, LLC will take the depositions of the following persons, at the locations and on the dates and times indicated below. The depositions will continue from day to day (Saturdays, Sundays, and holidays excepted) until completed.

The deposition may be taken by stenographic, audio, video, and/or real-time computer means before a duly qualified notary public or other officer authorized by law to administer oaths.

| WITNESS | PLACE OF DEPOSITION | DATE AND TIME |
|---|---|---|
| Charles Crawford | Milbank, Tweed, Hadley & McCoy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | September 19, 2013<br>at 9:00 a.m. |
| John Lovro | Milbank, Tweed, Hadley & McCoy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | September 30, 2013<br>at 9:00 a.m. |
| Troy Graham | Milbank, Tweed, Hadley & McCoy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | October 1, 2013<br>at 9:00 a.m. |

| Michael Daoust | Milbank, Tweed, Hadley & McCoy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | October 2, 2013<br>at 9:00 a.m. |
| --- | --- | --- |
| Don Copland | Milbank, Tweed, Hadley & McCoy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | October 3, 2013<br>at 9:00 a.m. |
| Robert Doris | Milbank, Tweed, Hadley & McCoy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | October 8, 2013<br>at 9:00 a.m. |
| Beth Rothman | Milbank, Tweed, Hadley & McCoy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | October 9, 2013<br>at 9:00 a.m. |
| Teresa Bello | Milbank, Tweed, Hadley & McCoy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | October 10, 2013<br>at 9:00 a.m. |

ROSENTHAL, MONHAIT & GODDESS, P.A.

*/s/ Jessica Zeldin*

OF COUNSEL:

Michael J. Bonella
Jenna M. Pellecchia
Tod A. Kupstas
KESSLER, TOPAZ, MELTZER
& CHECK LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706
mbonella@ktmc.com
jpellecchia@ktmc.com
tkupstas@ktmc.com

Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com
  *Attorneys for Plaintiffs*
  *Cot'n Wash Inc. & Big 3 Packaging, LLC*

August 27, 2013