IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and BIG 3 PACKAGING, LLC<br><br>Plaintiff,<br><br>v.<br><br>THE SUN PRODUCTS CORPORATION<br><br>Defendant | Civil Action No. 1:12-cv-00651-SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned herby certifies that on September 23, 2013, a true and correct copy of PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANT'S SECOND SET OF INTERROGATORIES TO PLAINTIFFS was served upon the following counsel of record in the manner indicated:

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
MORRIS, NICHOLS, ARSHT &
  TUNNELL, LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

**VIA E-MAIL**

Errol B. Taylor, Esquire
Fredrick M. Zullow, Esquire
Anna Brook, Esquire
MILBANK, TWEED, HADLEY &
  MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005

PLEASE TAKE FURTHER NOTICE that on September 23, 2013, I electronically filed this NOTICE OF SERVICE with the Clerk of Court using CM/ECF, which will send notification of such filings to all registered participants.

OF COUNSEL:

Michael J. Bonella
Jenna A. Pellecchia
Tod A. Kupstas
KESSLER, TOPAZ
MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706
mbonella@ktmc.com
jpellecchia@ktmc.com
tkupstas@ktmc.com

September 23, 2013

ROSENTHAL, MONHAIT & GODDESS, P.A.

_/s/ Jessica Zeldin_

Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
PO Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com
   *Attorneys for Plaintiffs Cot'n Wash Inc.*
   *& Big 3 Packaging, LLC*

2