# EXHIBIT A

**Stephen B. Kong Ph.D.**
**Resume**

**Objective**:  Seeking opportunities requiring expertise in consumer product formula design, testing and commercialization.

**Skills/Expertise**:
New Product Development * Formula Optimization* Test Method Development * Cost Savings* Advertising Claim Support * Consumer Research * Experimental Design * Training/mentoring
Areas of Technical Expertise:  *Surfactants; Antimicrobials, Oxidants, * Formulation of Liquid and Powder Products * Technical Team Group Leader *Instrumentation *Supervision * Good Laboratory Practices * Green/sustainable Cleaners

**History/Accomplishments**
Product Development Consultant (12/2009 to present)
- Working with Fortune 500 companies, contract packers, small business groups to develop/improve cleaning products and protect intellectual property.  Collaborate with suppliers and test laboratories to develop or improve, and launch private label cleaning products.

Clorox Services Company (10/1981- 7/2009)
1991 -2009: Product Development - Home Cleaning Product Development (Senior Scientist)
- Led product development effort to develop and commercialize new formulas for Green Works Wipes, GreenWorks Dilutable Cleaner, Green Works Toilet Bowl Cleaner, Clorox Disinfecting Wipes, Formula 409, Clorox Disinfecting Bathroom Cleaner, Professional Strength Liquid Plumr, Tilex Soap Scum Remover, Clorox Disinfecting Spray aerosol, Pine-Sol Dilutable, Tilex Fresh Shower, Clorox Toilet Bowl Cleaner and Clorox Drop-in Toilet Bowl Cleaner.  Many of these products are the market leaders for their categories.
- Led the R&D Cost Savings Program and developed formula cost savings (>$10MM annual savings) for various home cleaning product formulations.  Examples include Pine Sol, Tilex Soap Scum Remover, Clorox 2 Color Safe Bleach, Tilex Fresh Shower, Clorox Bleach, and Clorox Drop-in Toilet Bowl Cleaner.
- Developed and implemented a standardized set of raw materials for home cleaning products.  The standardized raw materials lead to significant manufacturing cost savings, decreased product cycle time, and greater formula flexibility.
- Created product sales demos for Clorox Disinfecting Bathroom Cleaner, Liquid Plumr, Clorox Disinfecting Wipes and GreenWorks products.  Performed sales demos to major Clorox customers.
- Led collaborative effort with Montana State University to characterize and control the growth of toilet bowl biofilms.
- Developed technical training classes. Actively involved in Clorox's Science Education and Medical Response Programs.
- Provided depositions and technical opinion in a product litigation case.
- Inventor/co-inventor of many cleaning product patents. *Clorox Patent of the Year Award* (2009)

3/1991 - 7/1991: Business and Technology Acquisition (Senior Scientist)
- Technical leader for effort exploring application of supercritical carbon dioxide for dry cleaning. Developed proof of principle for a dry cleaning system using supercritical CO2.
- Inventor/co-inventor of patents for dry cleaning with supercritical CO2.

12/1987 - 3/1991 Product Development - Detergents and Laundry Additives (Scientist II)
- Developed/supported laundry detergent powders and single use detergent pouches.  Optimized surfactants, enzymes, and builders and manufacturing processes for non-phosphate detergents.

- o Led effort to develop test methodology, and identified novel compounds to prevent fabric encrustation in non-phosphate detergents.
- o Developed test methods and profiled kinetics of calcium ion sequestration and precipitation of non-phosphate detergent builders.
- o Inventor of patent for fabric encrustation prevention.

10/1981 -12/1987: Pioneering Research – Oxidation Group (Scientist II)
- o Developed diagnostic test methods to characterize the oxidation kinetics and stain removal performance of various bleaching systems.
- o Measured peroxyacid decomposition kinetics.  Defined methods to stabilize peroxyacid decomposition.
- o Evaluated kinetics for reactivity of peroxyacid precursors for *in-situ* bleach formation (perhydrolysis). Developed structure-function models for reactivity.
- o Inventor/co-inventor of patents pertaining to bleach stabilization, peoxyacid precursor structures and enhanced bleaching performance.

6/1975 - 9/1976: Instructor and Lecturer, Mills College Upward Bound Program
- o Lecturer and lab instructor for chemistry, math, and physics.  Residence hall advisor.

Patents
- o Bleach: US 4,655,781, US 4,964,870, US 5,505,740
- o Detergents: US 5,104,584
- o Supercritical CO2:  US 5,370,742, US 5,412,958
- o Home Cleaning: US 5,639,722, US 6,605,584, US 7,345,015, US 7,414,016, US 7,414,017, US 7,470,331, US 7,511,006

Education
Ph.D. Chemistry, University of California, Davis 1981
    Research emphasis: Nuclear Magnetic Resonance studies of the structure and dynamic properties of heme proteins.
BS Chemistry, University of California, Berkeley 1976


Address/Contact Information
20 Alamo Lane  Alamo, CA 94507
* Home Phone: 925-274-1730  * Cell Phone: 925-324-9288  * E-Mail: fongkong5@comcast.net

Skresume3

**List of Entities and Persons From Whom Dr. Kong Received Compensation or Funding in Area of Expertise and To Whom Dr. Kong Provided Professional Services in the Past Five Years**

- Walmart
- Kik Custom Products
- Tom Haller
- Segetis

**EXHIBIT B**

# Exhibit B

<u>Materials considered by Dr. Stephen Kong</u>
    1. U.S. Patent No. 6,037,319
    2. The ´319 file history
    3. Defendants' Claim Construction Briefs, accompanying Declarations and materials
    4. Plaintiffs' Opening Claim Construction Briefs
    6. Declaration of Dr. Di Vicenzo and accompanying exhibits
    7. SUN-CW-36-57; SUN-CW-3634; SUN-CW-11566-67;
    8. SUN-CW-20194-196