IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

COT'N WASH, INC. and )
BIG 3 PACKAGING, LLC, )
 )
        Plaintiffs, )
 )
        v. ) C.A. No. 12-651 (SLR)
 )
THE SUN PRODUCTS CORPORATION, )
 )
        Defendant. )

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that copies of *Defendant's Third Set of Interrogatories to Plaintiffs (Nos. 10-16)* were caused to be served on October 15, 2013 upon the following in the manner indicated:

| | |
|---|---|
| Jessica Zeldin, Esquire | *VIA HAND DELIVERY* |
| ROSENTHAL, MONHAIT & GODDESS, P.A. | *AND ELECTRONIC MAIL* |
| 919 Market Street, Suite 1401 | |
| Wilmington, DE  19801 | |
| | |
| Michael J. Bonella, Esquire | *VIA ELECTRONIC MAIL* |
| Jenna Pellecchia, Esquire | |
| Tod A. Kupstas, Esquire | |
| KESSLER, TOPAZ, MELTZER & CHECK LLP | |
| 280 King of Prussia Road | |
| Radnor, PA  19807 | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Regina S.E. Murphy*

Jack B. Blumenfeld (#1014)
Regina S.E. Murphy (#5648)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rmurphy@mnat.com

*Attorneys for Defendant The Sun Products
Corporation*

OF COUNSEL:

Errol B. Taylor
Fredrick M. Zullow
Anna Brook
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005
(212) 530-5000

October 15, 2013
5954477

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2013 I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 15, 2013, upon the following in the manner indicated:

Jessica Zeldin, Esquire                                          *VIA HAND DELIVERY*
ROSENTHAL, MONHAIT & GODDESS, P.A.                 *AND ELECTRONIC MAIL*
919 Market Street, Suite 1401
Wilmington, DE  19801

Michael J. Bonella, Esquire                              *VIA ELECTRONIC MAIL*
Jenna Pellecchia, Esquire
Tod A. Kupstas, Esquire
KESSLER, TOPAZ, MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA  19807

*/s/ Regina S.E. Murphy*

_____

Regina S.E. Murphy (#5648)