IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and<br>BIG 3 PACKAGING, LLC<br><br>      Plaintiff,<br><br>v.<br><br>THE SUN PRODUCTS<br>CORPORATION<br><br>      Defendant | Civil Action No. 1:12-cv-00651-SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 24, 2013, I served PLAINTIFFS' SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS (NOS. 1, 4 AND 5) upon the following counsel of record in the manner indicated:

**VIA E-MAIL**

Jack B. Blumenfeld, Esquire
MORRIS, NICHOLS, ARSHT &
   TUNNELL, LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

**VIA E-MAIL**

Errol B. Taylor, Esquire
Fredrick M. Zullow, Esquire
Anna Brook, Esquire
MILBANK, TWEED, HADLEY &
   MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005

PLEASE TAKE FURTHER NOTICE that on October 24, 2013, I electronically filed this NOTICE OF SERVICE with the Clerk of Court using CM/ECF, which will send notification of such filings to all registered participants.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Michael J. Bonella<br>Jenna A. Pellecchia<br>Tod A. Kupstas<br>KESSLER, TOPAZ<br>MELTZER & CHECK LLP<br>280 King of Prussia Road<br>Radnor, PA 19807<br>(610) 667-7706<br>mbonella@ktmc.com<br>jpellecchia@ktmc.com<br>tkupstas@ktmc.com<br><br>October 24, 2013 | ROSENTHAL, MONHAIT & GODDESS, P.A.<br><br>/s/ Jessica Zeldin<br><br>Jessica Zeldin (Del. Bar No. 3558)<br>919 Market Street, Suite 1401<br>PO Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>jzeldin@rmgglaw.com<br>*Attorneys for Plaintiffs Cot'n Wash Inc.*<br>*& Big 3 Packaging, LLC* |