IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and<br>BIG 3 PACKAGING, LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>THE SUN PRODUCTS CORPORATION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 12-651 (SLR)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE OF SUBPOENAS**

PLEASE TAKE NOTICE that the subpoenas attached hereto as Exhibits A-C will be served on Dickler Chemical Laboratories, Inc., JBI, Inc. and Pak-It LLC, respectively.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Regina S.E. Murphy*

Jack B. Blumenfeld (#1014)
Regina S.E. Murphy (#5648)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rmurphy@mnat.com

*Attorneys for Defendant and Counterclaim Plaintiff*

OF COUNSEL:

Errol B. Taylor
Fredrick M. Zullow
Anna Brook
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005
(212) 530-5000

November 7, 2013
7761001.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 7, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Jessica Zeldin, Esquire<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Michael J. Bonella, Esquire<br>Jenna Pellecchia, Esquire<br>Tod A. Kupstas, Esquire<br>KESSLER, TOPAZ, MELTZER & CHECK LLP<br>280 King of Prussia Road<br>Radnor, PA  19807 | *VIA ELECTRONIC MAIL* |

*/s/ Regina S.E. Murphy*

Regina S.E. Murphy (#5648)