IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COT'N WASH, INC., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civ. No. 12-650-SLR |
| HENKEL CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| COT'N WASH, INC., et al. | ) | |
| | ) | Civ. No. 12-651-SLR |
| Plaintiffs, | ) | |
| | ) | **PUBLIC VERSION** |
| v. | ) | |
| | ) | |
| THE SUN PRODUCTS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT CLAIMS CONSTRUCTION APPENDIX**

# INDEX TO JOINT CLAIMS CONSTRUCTION
# APPENDIX DOCUMENTS

## COT'N WASH v. HENKEL, et al.

| Document No. | Description | Bates Number |
|---|---|---|
| 1. | U.S. Patent No. 6,037,319 | JA000001-JA000008 |
| 2. | File History of U.S. Patent No. 6,037,319 | JA000009-JA000129 |
| 3. | License Agreement between Dickler Chemical Labs and Reckitt Benckiser | JA000130- JA000143 |
| 4. | U.S. Patent No. 5,316,688 | JA000144- JA000160 |
| 5. | U.S. Patent No. 4,973,416 | JA000161- JA000165 |
| 6. | October 2010 article – Dropps Laundry Detergent Stocked at Target | JA000166- JA000168 |
| 7. | April 2012 article – Winning Consumers Dropps by Dropps | JA000169- JA000170 |
| 8. | Sun/Cot'n Wash Mutual NDA **REDACTED IN HENKEL CASE** | JA000171- JA000175 |
| 9. | Joint Claim Construction Statement – Cot'n Wash / Henkel, et al. | JA000176- JA000181 |
| 10. | Joint Claim Construction Statement – Cot'n Wash / Sun Products | JA000182- JA000187 |
| 11. | Oxford American Dictionary: Heald Colleges Edition, 1986 – Definition of "film" | JA000188- JA000189 |
| 12. | Concept Results - HEN0002264 **REDACTED IN SUN CASE** | JA000190 |
| 13. | 37_CFR_1.78 (1999) | JA000191-JA000193 |
| 14. | 37_CFR_1.53 (1999) | JA000194-JA000198 |
| 15. | Laundry Dropps Detergent May 2008 issue of O, The Oprah Magazine | JA000199 |

| 16. | Wall Street Journal Article February 14, 2008 | JA000200 |
|---|---|---|
| 17. | Chicago Tribune Article February 6, 2011 | JA000201 |
| 18. | New York Times Article May 21, 2008 | JA000202 |
| 19. | New York Times Article July 16, 2009 | JA000203 |
| 20. | Marketing PowerPoint **REDACTED IN HENKEL CASE** | JA000204-JA000224 |
| 21. | Comments On Statement Of Reasons For Allowance And Supporting Declaration Of J. Barry Ruck (TENER-00000029, TENER-00000059-63) | JA000225- JA000230 |
| 22. | U.S. Patent No. 4,416,791 (Haq) | JA000231- JA000236 |
| 23. | Columbia Encyclopedia – Definition Of "Liquid." | JA000237- JA000239 |
| 24. | U.S. Patent No. 4,846,992 | JA000240- JA000252 |
| 25. | U.S. Patent No. 5,253,759 | JA000253- JA000263 |
| 26. | U.S. Patent No. 3,277,009 | JA000264- JA000268 |
| 27. | U.S. Patent No. 4,820,435 | JA000269- JA000273 |
| 28. | U.S. Patent No. 4,929,380 | JA000274- JA000278 |
| 29. | U.S. Patent No. 5,008,031 | JA000279- JA000282 |
| 30. | "Water-Soluble Packs Make A Splash For Liquid Cleaner," Packaging Digest. | JA000283- JA000286 |
| 31. | Julian Hunt, "It's A Marketing Coup As Co-op Gets Laundry Pouches On Sale." | JA000287- JA000289 |
| 32. | "P&G Pits Launch Against Lever's Persil capsules," PR Week. | JA000290- JA000291 |

| 33. | "When The Laundry Is Ready For Action," Marketing Magazine. | JA000292- JA000293 |
|---|---|---|
| 34. | Persil Product History | JA000294- JA000296 |
| 35. | M8630 76u Film Data Sheet | JA000297 |
| 36. | Cot'n Wash & Big 3 Packaging's Claim Charts (Cot'n Wash v. Henkel Corp.) | JA000298- JA000318 **Confidential - Filed under Seal** |
| 37. | McGraw-Hill Dictionary – Definitions Of "Film," "Liquid," and "Soluble" | JA000319- JA000323 |
| 38. | American Heritage Dictionary – Definition Of "Soluble." | JA000324- JA000326 |
| 39. | Oxford American Dictionary – Definitions of "Composition" and "Concentrate" | JA000327-JA000328 |
| 40. | *Lydall Thermal/Acoustical, Inc. v. Federal-Mogul Corp.*, 344 Fed. Appx. 607 (Fed. Cir. Sept. 8, 2009) | JA000329-JA000336 |
| 41. | E-mail dated August 15, 2013 | JA000337-JA000338 |
| 42. | E-mail dated August 16, 2013 | JA000339-JA000340 |
| 43. | E-mail dated August 16, 2013 | JA000341-JA000343 |
| 44. | E-mail dated August 19, 2013 | JA000344-JA000345 |
| 45. | E-mail dated August 19, 2013 | JA000346-JA000348 |
| 46. | *BASF Agro B.V. v. Makhteshim Agan of North America Inc.*, 519 Fed. Appx. 1008 (Fed. Cir. 2013) | JA000349-JA000358 |
| 47. | Cot'n Wash and Big 3 Packaging Privilege Log | JA000359 - JA000360 |
| 48. | Excerpt of 2013-09-17 Plaintiffs' Responses and Objections to Defendant's First Set of Interrogatories To Plaintiffs. | JA000361 - JA000366 |
| 49. | 2012-12-17 Cot'n Wash and Big 3 Packaging Claim Charts with Exhibit A: All Mighty Pacs Original Claim Chart. | JA000367 - JA000379 **Confidential Exhibits - Filed under Seal** |

4

| 50. | Excerpt of 2013-10-08 Sun's Second Supplemental Responses to Plaintiff's' First Set of Interrogatories. <mark>REDACTED IN HENKEL CASE</mark> | JA000380 - JA000388 **Confidential - Filed under Seal** |
|---|---|---|
| 51. | Picture of Tide Ultra. | JA000389 - JA000389 |