IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COT'N WASH, INC. and<br>BIG 3 PACKAGING, LLC<br><br>Plaintiff,<br><br>v.<br><br>THE SUN PRODUCTS<br>CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:12-cv-00651-SLR<br><br>JURY TRIAL DEMANDED |

### NOTICE OF DEPOSITION – KAI P. LARSON

PLEASE TAKE NOTICE that, pursuant to Rule 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs Cot'n Wash, Inc. and Big 3 Packaging, LLC will take the deposition Kai P. Larson at the offices of Milbank, Tweed, Hadley & McCoy, 1 Chase Manhattan Plaza, New York, NY 10005, or another mutually agreeable location, commencing on **January 13, 2014 at 9:00 a.m.** The deposition will continue from day to day (Saturdays, Sundays, and holidays excepted) until completed.

The deposition may be taken by stenographic, audio, video, and/or real-time computer means before a duly qualified notary public or other officer authorized by law to administer oaths.

ROSENTHAL, MONHAIT & GODDESS, P.A.

_____
Jessica Zeldin (Del. Bar No. 3558)
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jzeldin@rmgglaw.com
   *Attorneys for Plaintiffs*
   *Cot'n Wash Inc. & Big 3 Packaging, LLC*

OF COUNSEL:

Joseph H. Meltzer
Michael J. Bonella
Matthew L. Mustokoff
Jenna Pellecchia
Richard A. Russo, Jr.
Tod A. Kupstas
KESSLER, TOPAZ, MELTZER
 & CHECK LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706
jmeltzer@ktmc.com
mbonella@ktmc.com
mmustokoff@ktmc.com
jpellecchia@ktmc.com
rrusso@ktmc.com
tkupstas@ktmc.com

December 20, 2013