IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COT'N WASH, INC. and<br>BIG 3 PACKAGING, LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>THE SUN PRODUCTS CORPORATION,<br><br>      Defendant. | )<br>)<br>)<br>)   C.A. No. 12-651 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO AMEND SUN'S ANSWER AND COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 15, Defendant The Sun Products Corporation ("Sun") moves for leave to amend its Answer, affirmative defenses, and counterclaims to add claims of (1) unenforceability of U.S. Patent No. 6,037,319 (the "'319 patent") based on inequitable conduct before the US Patent and Trademark Office, and (2) false marking of Plaintiff Cot'n Wash's products with the '319 patent.

Pursuant to D. Del. LR 15.1, attached as Exhibit 1 is Sun's Amended Answer and Counterclaims, and attached as Exhibit 2 is a redline version of the Amended Answer and Counterclaims indicating the materials deleted from and added to Sun's Answer and Counterclaims.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Regina Murphy* |
|  | _____ |
|  | Jack B. Blumenfeld (#1014) |
|  | Regina Murphy (#5648) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE  19899 |
|  | (302) 658-9200 |
|  | jblumenfeld@mnat.com |
|  | rmurphy@mnat.com |
|  |  |
|  | *Attorneys for Defendant The Sun Products Corporation* |

OF COUNSEL:

Errol B. Taylor
Fredrick M. Zullow
Anna Brook
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005
(212) 530-5000

January 31, 2014
7970738.1

2

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiffs and that we have not been able to reach agreement.

*/s/ Regina Murphy*

Regina Murphy (#5648)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 31, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Jessica Zeldin, Esquire<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Michael J. Bonella, Esquire<br>Jenna Pellecchia, Esquire<br>Tod A. Kupstas, Esquire<br>Matthew L. Mustokoff, Esquire<br>Richard A. Russo, Jr., Esquire<br>Joseph H. Meltzer, Esquire<br>KESSLER, TOPAZ, MELTZER & CHECK LLP<br>280 King of Prussia Road<br>Radnor, PA 19807 | *VIA ELECTRONIC MAIL* |

*/s/ Regina Murphy*

Regina Murphy (#5648)